UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

WISCONSIN EDUCATION ASSOCIATION
COUNCIL, et al.,

        Plaintiffs,

v.                                             3:11-cv-00428-wmc

SCOTT WALKER, Governor of the State
of Wisconsin, et al.,

        Defendants.

## MOTION FOR JUDGMENT ON THE PLEADINGS

    TO:    All Plaintiffs via Counsel of Record

PLEASE TAKE NOTICE that Defendants Scott Walker, Michael Huebsch, Gregrory L. Gracz, James R. Scott, Judith Neumann and Rodney G. Pasch, by and through their attorneys, hereby move the Court for an order granting judgment to Defendants on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) and dismissing Plaintiffs' Complaint in its entirety, with prejudice and on the merits.

In support of this Motion, Defendants have also filed a Brief in Support of Motion for Judgment on the Pleadings.

Dated this 13th day of September, 2011.

                            **MICHAEL BEST & FRIEDRICH LLP**

                            /s/ Eric M. McLeod
                            Eric M. McLeod
                            Joseph Louis Olson
                            Michael P. Screnock
                            One South Pinckney Street, Suite 700
                            Post Office Box 1806
                            Madison, WI 53701-1806
                            Phone: 608.257.3501

                            *Co-Counsel for Defendants Scott Walker,*
                            *Governor of the State of Wisconsin, Michael*
                            *Huebsch, Secretary, Department of Administration*
                            *and Gregory Gracz, Director, Office of State*
                            *Employee Relations*

                            **J.B. VAN HOLLEN**
                            **Attorney General**

                            David C. Rice
                            Assistant Attorney General

                            Steven C. Kilpatrick
                            Assistant Attorney General

                            Wisconsin Department of Justice
                            Post Office Box 7857
                            Madison, WI 53707-7857
                            Phone: 608.266.1792

                            *Co-Counsel for all Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2011, I caused a true and correct copy of this Motion and the accompanying Brief in support thereof to be filed and served upon counsel of record through the United States District Court for the Western District of Wisconsin's CM/ECF system per Local Rule 5.1:

| | |
|---|---|
| **Timothy E. Hawks**<br>**Barbara Zack Quindel**<br>Hawks Quindel, S.C.<br>P.O. Box 442<br>Milwaukee, WI 53201-0442<br>thawks@hq-law.com<br>bquindel@hq-law.com | **Aaron N. Halstead**<br>Hawks Quindel Ehlke & Perry, S.C.<br>222 W. Washington Ave., Ste. 450<br>Madison, WI 53701<br>ahalstead@hq-law.com |
| **Jeremiah Collins**<br>**John West**<br>**Leon Dayan**<br>Bredhoff & Kaiser, P.L.L.C.<br>805 15th Street NW, 10th Floor<br>Washington, DC 20005<br>jcollins@bredhoff.com<br>jwest@bredhoff.com<br>ldayan@bredhoff.com | **Kurt Kobelt**<br>WI Education Association Council<br>P.O. Box 8003<br>33 Nob Hill Drive<br>Madison, WI 53708-8003<br>kobeltk@weac.org |
| **Marianne Goldstein Robbins**<br>Previant, Goldberg, Uelman,<br>Gratz, Miller & Brueggeman, s.c.<br>1555 N. RiverCenter Dr., Ste. 202<br>Milwaukee, WI 53202<br>mgr@previant.com | **Mark A. Sweet**<br>Law Offices of Mark Sweet, LLC<br>705 East Silver Spring Drive<br>Whitefish Bay, WI 53217<br>msweet@unionyeslaw.com |
| **Peggy Lautenschlager**<br>Lawton & Cates, S.C.<br>10 E. Doty Street, Suite 400<br>Madison, WI 53701<br>lautenschlager@bauer-bach.com | **Jason Walta**<br>National Education Association<br>1201 16th Street NW<br>Washington, DC 20036<br>jwalta@nea.org |

| | |
|---|---|
| **Thomas C. Kamenick** | **Milton L. Chappell** |
| **Richard M. Esenberg** | c/o National Right to Work Legal |
| Wis. Institute for Law & Liberty | Defense Foundation |
| P.O. Box 511789 | 8001 Braddock Rd., Ste. 600 |
| Milwaukee, WI 53203-0301 | Springfield, VA 22151 |
| tom@will-law.org | mlc@nrtw.org |
| rick@will-law.org | |

**Sally A. Stix**
Stix Law Offices
700 Rayovac Drive, Suite 117
Madison, WI 53711
sally.stix@stixlaw.com

A copy was also mailed to the following via first-class mail:

James R. Holmes
1020 West Prospect #5
Portage, WI 53901

                                                        /s/Suzanne K. Trotter

MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, Suite 700
Post Office Box 1806
Madison, WI 53701-1806
Phone: 608.257.3501
Facsimile: 608.283.2275

029487-0002\9736353.1

4