IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WISCONSIN EDUCATION ASSOCIATION COUNCIL;
WISCONSIN COUNCIL OF COUNTY AND MUNICIPAL
EMPLOYEES, AFSCME, DISTRICT COUNCIL 40, AFL-CIO;
WISCONSIN STATE EMPLOYEES UNION, AFSCME,
DISTRICT COUNCIL 24, AFL-CIO; AFT-WISCONSIN,
AFL-CIO; AFSCME, DISTRICT COUNCIL 48, AFL-CIO;
SEIU HEALTHCARE WISCONSIN, CTW, CLC; and
WISCONSIN STATE AFL-CIO,

                     Plaintiffs,                   JUDGMENT IN A CIVIL CASE

    v.                                                       Case No. 11-cv-428-wmc

SCOTT WALKER, Governor, State of Wisconsin;
MICHAEL HUEBSCH, Secretary, Department of
Administration; GREGORY L. GRACZ, Director,
Office of State Employment Relations; JAMES R. SCOTT,
Chair, Wisconsin Employment Relations Commission;
JUDITH NEUMANN, Commissioner, Wisconsin Employment
Relations Commission; and RODNEY G. PASCH, Commissioner,
Wisconsin Employment Relations Commission,

                     Defendants.

       This action came for consideration before the court, District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that judgment is entered granting in part defendants' motion for judgment on the pleadings and dismissing plaintiffs' Equal Protection challenge to 2011 Wis. Act 10's restrictions on collective bargaining of general employees and their unions.

       IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered granting plaintiffs' motion for summary judgment as to their Equal Protection challenge to Act 10's annual recertification requirement for general employee unions and their First Amendment challenge to Act 10's prohibition of dues withholding for general employees and entering the following declaratory relief:

       1. Sections 58, 227, 242, 289, 298, 9132 and 9155(1) of Act 10 are declared null and void;

2. Defendants are enjoined from enforcing Act 10's recertification requirements for general employee unions; and

3. Defendants are enjoined from prohibiting deductions for general employee unions and are directed to facilitate voluntary deductions on or before May 31, 2012.

Approved as to form this **10th** day of April, 2012.

_____
William M. Conley
District Judge

_____            4/10/12
Peter Oppeneer                                              Date
Clerk of Court